UNITED STATES of America,
Appellee,

v.

Elizabeth ANDERSON, Appellant,

Unifund CCR Partners, Defendant.

No. 11–1299.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 24, 2011.

Filed: June 29, 2011.

Robert Homan, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Appellee.

Elizabeth Anderson, Chadron, NE, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Elizabeth Anderson appeals the district court's[1] adverse grant of summary judg-

ment in this foreclosure action. After carefully reviewing the record, we conclude that summary judgment was proper for the reasons the district court stated, and we find no abuse of discretion in the refusal to appoint counsel to represent Ms. Anderson, *see Davis v. Scott,* 94 F.3d 444, 447 (8th Cir.1996). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.